In the Matter of Proving the Last Will and Testament of MICHAEL H. COLLINS, Deceased, as a Will of Real and Personal Property. ELIZABETH A. COLLINS, Appellant; PHILIP S. COLLINS and Others, Respondents.— Decree affirmed, with costs to the respondents payable out of the estate. No opinion. Present — Finch, P. J., Merrell, Martin, Sherman and Townley, JJ.

EDWARD J. QUINTAL and Others, Appellants, v. FIDELITY AND DEPOSIT COMPANY OF MARYLAND, Respondent.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, Martin, Sherman and Townley, JJ. [142 Misc. 657.]

ST. LUKE'S HOSPITAL, Respondent, v. SAMUEL LEWIS, Appellant, Impleaded with Others.— Judgment so far as appealed from affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, Martin, Sherman and Townley, JJ.

SYLVIA FISCHER, an Infant, by ISIDOR FISCHER, Her Guardian ad Litem, and ISIDOR FISCHER, Respondents, v. JOSEPH PREISMAN, Appellant.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, Martin, Sherman and Townley, JJ.

JOHN LANDGRAF, Respondent, v. FRED T. LEY & Co.; INC., Defendant, Impleaded with GUNITE CONSTRUCTION COMPANY, Appellant.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, Martin, Sherman and Townley, JJ.

In the Matter of the Application of THE CITY OF NEW YORK Relative to Acquiring Title Wherever the Same Has Not Been Heretofore Acquired for the Same Purpose in Fee to the Real Property Required for the Widening of Allen Street from Schiff Parkway (Delancey Street) to Division Street and Pike Street from Division Street to East Broadway, in the Borough of Manhattan, City of New York. GARDEN IMPROVEMENT CORPORATION, Appellant, Respondent; NATHAN BIERMAN and Others, Respondents, Appellants. THE CITY OF NEW YORK. — Decree so far as appealed from affirmed, without costs. No opinion. Present — Finch, P. J., Merrell, Martin, Sherman and Townley, JJ.

CELIA SCHEID and JACOB SCHEID, Respondents, v. DOROTHY SCHOICKET, Appellant.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, Martin, Sherman and Townley, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. CHIN CHONG, Appellant.— Judgment affirmed. No opinion. Present — Finch, P. J., Merrell, Martin, Sherman and Townley, JJ.